UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME TALLEY,

               Petitioner,

   v.

SUPERINTENDENT OF THE CLALLAM BAY CORRECTIONAL CENTER,

               Respondent.

Case No. C17-1586-TSZ-JPD

ORDER ON MOTION TO RECUSE

This is a 28 U.S.C. § 2241 habeas action. Petitioner Jerome Talley seeks the recusal of the undersigned through a "Motion and Declaration of Bias and Prejudice Under 28 U.S.C. Section 144 and Section 455(a)." Dkt. 46. He argues primarily that the undersigned is biased and prejudiced against him because the undersigned recommended dismissing a 28 U.S.C. § 2254 action he filed in 2015 and because the undersigned has not yet ruled on his motion for leave to amend. *See* Dkt. 49 at 5, 9-10, 12, 17.

Pursuant to Local Civil Rule 3(f), the undersigned has reviewed plaintiff's motion for recusal and finds no basis for a voluntary recusal. The motion for recusal is now referred to the Honorable Ricardo S. Martinez. *See* Local Rules W.D. Wash. LCR 3(f).

ORDER ON MOTION TO RECUSE - 1

The Clerk is directed to send copies of this order to petitioner and to Judge Martinez.

Dated this 27th day of February, 2018.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER ON MOTION TO RECUSE - 2