UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME TALLEY,

    Petitioner,

v.

SUPERINTENDENT OF THE CLALLAM BAY CORRECTIONAL CENTER,

    Respondent.

Case No. C17-1586-TSZ

ORDER OF DISMISSAL WITHOUT PREJUDICE

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and petitioner's objections, docket no. 58, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The State's motion to dismiss, Dkt. 18, is GRANTED.

(3) Petitioner's motion for leave to amend, Dkt. 13, is DENIED.

(4) Petitioner's miscellaneous motions, Dkts. 22, 37, 40, 43, 53, are DENIED as moot.

(5) This action is DISMISSED without prejudice.

\\

\\

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

Dated this 9th day of May, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 2