UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME TALLEY,

    Petitioner,

v.

SUPERINTENDENT OF THE CLALLAM BAY CORRECTIONS CENTER,

    Respondent.

C17-1586 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court previously dismissed this action on May 10, 2018, *see* docket nos. 101 & 102. For this reason, Petitioner's Motion for Voluntary Dismissal filed on August 15, 2018, *see* docket no. 103, is STRICKEN as moot.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1