UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME TALLEY,<br><br>            Plaintiff,<br><br>  v.<br><br>SUPERINTENDENT OF THE CLALLAM BAY CORRECTIONAL CENTER,<br><br>            Defendant. | C17-1586 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court previously dismissed this action on May 10, 2018, *see* docket nos. 101 & 102. For this reason, Petitioner's Motion for Voluntary Dismissal filed on August 15, 2018, *see* docket no. 103, was struck as moot, *see* docket no. 105. Petitioner has filed two additional notices of voluntary dismissal, *see* docket nos. 106 & 107, and a motion for relief from judgment, *see* docket no. 108.

(2) Petitioner has not alleged or proven any of the grounds for relief from a final judgment under Federal Rule of Civil Procedure Rule 60. Petitioner's motion argues that all orders and judgments in this proceeding are "void for mootness." Petitioner appears to confuse the mootness of his voluntary dismissal notices, which were filed after the matter was closed, with questions of jurisdictional mootness, which are not applicable here.

(3) Petitioner's Motion for Relief from Judgment, docket no. 108, is DENIED.

MINUTE ORDER - 1

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Petitioner Jerome Talley.

Dated this 11th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2