UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME TALLEY,

    Petitioner,

v.

SUPERINTENDENT OF THE CLALLAM BAY CORRECTIONAL CENTER,

    Respondent.

C17-1586 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court previously dismissed this action on May 10, 2018, docket nos. 101 & 102, on the ground that Petitioner failed to exhaust his remedies in state court. Subsequently the Court struck as moot Petitioner's Motion for Voluntary Dismissal, docket no. 103, and denied his Motion for Relief from Judgment, docket no. 108. Petitioner's pending second Motion for Relief from Judgment, docket no. 110, Motion to Expand the Record and for an Evidentiary Hearing, docket no. 111, and Motion for Discovery and Request for Leave, docket no. 113, are DENIED. If Petitioner wishes to pursue his claims, he is instructed to commence a new action after exhausting his state court remedies. The Clerk is INSTRUCTED not to docket any materials received from Petitioner in this case, and to return to Petitioner any materials received in the future.

(2) The Clerk is directed to send a copy of this Minute Order to Petitioner, to all counsel of record, and to Judge Donohue.

Dated this 2nd day of November, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1